UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VOICE SIGNAL TECHNOLOGIES, INC.<br>and CARNEGIE MELLON UNIVERSITY,<br><br>　　　　　　　　Plaintiffs<br>　　　v.<br><br>NUANCE COMMUNICATIONS, INC.,<br>DIGITAL RIVER, INC.,<br>INGRAM MICRO, INC.,<br>1450, INC.,<br>TECHDATA CORPORATION,<br>BEST BUY COMPANY, INC.,<br>CDW CORPORATION,<br>CIRCUIT CITY STORES, INC.,<br>COMPUSA, INC.,<br>FRY'S ELECTRONICS, INC.,<br>OFFICE DEPOT, INC.,<br>PC CONNECTION, INC.,<br><br>　　　　　　　　Defendants. | Case No. 06-cv-01492-JFC-RCM<br><br>Judge Joy Flowers Conti<br>Magistrate Judge Robert C. Mitchell |

## NOTICE TO DISMISS

Plaintiffs by their respective duly authorized counsel, hereby dismiss the above-referenced matter without prejudice.

Dated: November 13, 2007                                         Respectfully submitted,


                              By:  <u>/s/Henry M. Sneath</u> (by permission)
                                  Henry M. Sneath
                                  Pa. I.D. No. 40559
                                  Stephen S. Photopoulos
                                  Pa. I.D. No. 89590
                                  PICADIO SNEATH MILLER
                                      & NORTON, P.C.
                                  Suite 4710, U.S. Steel Tower
                                  600 Grant Street
                                  Pittsburgh, PA  15219
                                  Telephone:  (412) 288-4013
                                  Facsimile:   (412) 288-2405
                                  *Attorneys for Plaintiff*
                                  *Voice Signal Technologies*


                              By: <u>/s/Charles H. Dougherty, Jr.</u>
                                  Charles H. Dougherty, Jr.
                                  Pa. I.D. No. 83795
                                  Frederick H. Colen
                                  Pa. I.D. No. 21833
                                  REED SMITH LLP
                                  435 Sixth Avenue
                                  Pittsburgh, PA  15219
                                  Telephone:  (412) 288-7229/4164
                                  Facsimile:   (412) 288-3063
                                  *Attorneys for Plaintiff*
                                  *Carnegie Mellon University*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) November 13, 2007, pursuant to Local Rule 5.4.

/s/ Charles H. Dougherty, Jr.
Charles H. Dougherty, Jr.
